UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUO XIN CHEN,<br><br>                    Petitioner,<br><br>                    v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02018 KK (ADS)<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction (Dkt. No. 11), and Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where respondents bear the

///

///

burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custod is re uired.  JS-6

Dated: April 30, 2026

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge

2